UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISABELLE J. EUGENE,

        Plaintiff,

                           CASE NO. 6:20-CV-00223-RBD-LRH

v.

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

        Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, ISABELLE J. EUGENE, and Defendant, WALT DISNEY PARKS AND RESORTS U.S., INC., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of the instant action with prejudice, and with each party to bear her/its own attorneys' fees and costs.

Respectfully submitted this 15th day of December, 2022.

_____
Isabelle J. Eugene
111 W. Aldea Street
Port St. Lucie, Florida 34952
bellevoyagecare@gmail.com
Telephone: (407) 202-0675

*Plaintiff*

*s/ Patrick M. Muldowney*
Patrick M. Muldowney, Esq.
Florida Bar No. 0978396
pmuldowney@bakerlaw.com
Meagan L. Martin, Esq.
Florida Bar No. 0089657
mmartin@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, Florida 32802-0112
Telephone: (407) 649-4000
Fax: (407) 841-0168

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15ᵗʰ day of December 2022, a true and correct PDF copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system. A true and correct copy of the foregoing is being mailed by U.S. Mail and E-Mail to the Plaintiff as follows:

Isabelle Eugene
bellevoyagecare@gmail.com

1113 Rich Drive
Palm Springs, FL  33406

-and-

111 W. Aldea Street
Port St. Lucie, FL 34952

*s/ Patrick M. Muldowney*
Patrick M. Muldowney